Harlan Ripple, by Wesley Ripple, appellee, v. Wabash Railroad Company, appellant.

Action for injuries to a child injured by one of defendant's trains while playing on a pile of ties alleged to constitute an attractive nuisance. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

N. S. Brown, L. H. Strasser and Lindley, Penwell & Lindley, for appellant; Walter C. Lindley, of counsel. Walter T. Gunn and Casper Platt, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

DeWitt W. Smith, defendant in error, v. Allemania Fire Insurance Company et al., plaintiffs in error.

Action on fire insurance policies. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Seymour Edgerton and Bates, Hicks & Folonie, for plaintiffs in error; Patton & Patton, of counsel. George B. and George M. Gillespie, Edward F. Irwin and Barber & Barber, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

George Steely, appellee, v. Charles Gritton, appellant.

Action for professional services as physician and surgeon rendered to defendant's adult son. Judgment for plaintiff. Appeal from the County Court of Vermilion county; the Hon. Thomas A. Graham, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.

A. B. Dennis and Alfred A. Johnson, for appellant. Swallow & Bookwalter and Louis J. Bremer, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

The People of the State of Illinois for use of Joseph C. Overby, appellant, v. S. S. Kresge Company, appellee.

Action for the use of a colored person for the statutory penalty for discrimination in defendant's restaurant. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.

John P. Snigg, for appellant. Patton & Patton, for appellee; William L. Patton and Henry L. Patton, of counsel.

Mr. Justice Heard delivered the opinion of the court.